# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois  60604

March 6, 2014

**By the Court:**

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, et al.,<br>    Plaintiffs-Appellees, | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division. |
| Nos. 14-1470 and 14-1471               v. | ]<br>] No. 1:11-cv-06741 |
| RADIOSHACK CORPORATION,<br>    Defendant-Appellee. | ]<br>] Maria G. Valdez, Magistrate Judge.<br>] |
| APPEALS OF:<br>    VANITA GUPTA,<br>        Objector, et al., and<br>    MICHAEL ROSMAN,<br>        Objector, et al. | ]<br>]<br>]<br>]<br>] |

O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1.    The two groups of appellants shall file their respective briefs and required short appendices on or before April 14, 2014.

- over -

Nos. 14-1470 and 14-1471                                                                                           Page 2

    2.      The appellees shall file their respective briefs on or before May 14, 2014.

    3.      The two groups of appellants shall file their respective reply briefs, if any, on or before May 28, 2014.

Counsel for appellants and appellees are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-party's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. See *United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

**Important Scheduling Notice!**

> **Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**