# United States Court of Appeals
## For the Seventh Circuit
## Chicago, Illinois 60604

May 15, 2014

**By the Court:**

| | |
|---|---|
| SCOTT D.H. REDMAN, individually and on behalf of all others similarly situated, et al.,<br>    Plaintiffs-Appellees, | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division. |
| Nos. 14-1470, 14-1471 and 14-1658    v. | ]<br>] No. 1:11-cv-06741 |
| RADIOSHACK CORPORATION,<br>    Defendant-Appellee. | ]<br>] Maria G. Valdez, Magistrate Judge.<br>] |
| APPEALS OF:<br>    VANITA GUPTA,<br>       Objector, et al.,<br>    MICHAEL ROSMAN,<br>       Objector, et al., and<br>    ROBERT SCOTT,<br>       Objector. | ]<br>]<br>]<br>]<br>]<br>]<br>] |

O R D E R

The jurisdictional statement in the brief of appellants Rosman, Kasten and Scott does not comply with Circuit Rule 28(a)(2) which requires in part that an appellant identify the following particulars:

"(v) If the case is a direct appeal from the decision of a magistrate judge, the dates on which each party consented in writing to entry of final judgment by the magistrate judge."

Notwithstanding this requirement, the jurisdictional statement of appellants Rosman, Kasten and Scott fails to provide the dates that the parties consented to a final decision

- over -

Nos. 14-1470, 14-1471 and 14-1658                                                        Page 2

by a magistrate judge.  Appellants must provide this information.  Accordingly,

      IT IS ORDERED that the brief of appellants Rosman, Kasten and Scott is STRICKEN.  Appellants must file a new brief no later than May 22, 2014, which contains a jurisdictional statement that complies with all the requirements of Circuit Rule 28(a).  Counsel are reminded that they may not change any other portion of the brief.

      This order will not extend the time for the other parties to file their briefs.

NOTE:  Counsel are reminded that they must file an entire corrected brief, including the required certifications, and appendix if an appendix was attached to the stricken brief.